| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Joseph Christian** | Social Security number or ITIN xxx–xx–8712 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 | **Karen Christian** | Social Security number or ITIN xxx–xx–6327 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    **14–32679–ABA** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph Christian                                    Karen Christian

1/9/20                                              **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                    United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-32679-ABA
Joseph Christian                                                        Chapter 13
Karen Christian
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2            Date Rcvd: Jan 09, 2020
                             Form ID: 3180W          Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db/jdb      +Joseph Christian,    Karen Christian,    66 Orillia Drive,    Bridgeton, NJ 08302-4321
515167805   +++BMW Bank of North America,    P.O. Box 201347,    Arlington, TX 76006-1347
515353108   +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
515157515   +Cenlar,   PO Box 77404,    Trenton, NJ 08628-6404
515157524    Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
515157525    Financial Services Remarketing, Inc.,    PO Box 713224,    Columbus, OH 43271-3224
515362538   +Homebridge Financial Services, Inc.,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
517902445    New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
             Greenville, SC  29603-0675
517902446    New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
             Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
             Greenville, SC  29603-0675
515157531   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,    Department of the Treasury,
             Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
515157532   +Susquehanna Bank Pa,    1570 Manheim Pike,    Lancaster, PA 17601-3038


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 00:10:20    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 00:10:17    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
515157512    EDI: BANKAMER.COM Jan 10 2020 04:38:00    Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
515245488    EDI: BMW.COM Jan 10 2020 04:38:00    BMW Financial Services NA, LLC,    P.O. Box 3608,
             Dublin, OH 43016
515157518    EDI: CITICORP.COM Jan 10 2020 04:38:00    Citibank,    Attn: Centralized Bankruptcy,
             Po Box 20507,    Kansas City, MO 64195
515157519    EDI: CITICORP.COM Jan 10 2020 04:38:00    Citibank,    Citicorp Credit Services/Attn: Centraliz,
             Po Box 20507,    Kansas City, MO 64195
515157520    EDI: CITICORP.COM Jan 10 2020 04:38:00    Citibank Sd, Na,    Attn: Centralized Bankruptcy,
             Po Box 20363,    Kansas City, MO 64195
515157513   +EDI: CAPITALONE.COM Jan 10 2020 04:38:00    Capl/bstby,    PO Box 30253,
             Salt Lake City, UT 84130-0253
515157514   +EDI: CAPITALONE.COM Jan 10 2020 04:38:00    Capital 1 Bank,    Attn: General Correspondence,
             Po Box  30285,    Salt Lake City, UT 84130-0285
515316707   +E-mail/Text: bankruptcy@cavps.com Jan 10 2020 00:10:34    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515157516   +E-mail/Text: kzoepfel@credit-control.com Jan 10 2020 00:10:21    Central Loan Admin & R,
             425 Phillips Blvd,    Ewing, NJ 08618-1430
515157517   +EDI: CHASE.COM Jan 10 2020 04:38:00    Chase,    Po Box 15298,    Wilmington, DE 19850-5298
515157521   +EDI: WFNNB.COM Jan 10 2020 04:38:00    Comenitybank/trwrdsv,    3100 Easton Square Pl,
             Columbus, OH 43219-6232
515157522   +E-mail/PDF: creditonebknotifications@resurgent.com Jan 10 2020 00:21:09    Credit One Bank,
             Po Box 98873,    Las Vegas, NV 89193-8873
515170729    EDI: DISCOVER.COM Jan 10 2020 04:38:00    Discover Bank,    DB Servicing Corporation,
             PO Box 3025,    New Albany, OH  43054-3025
515157523   +EDI: DISCOVER.COM Jan 10 2020 04:38:00    Discover Fin Svcs Llc,    Po Box 15316,
             Wilmington, DE 19850-5316
515157526   +EDI: RMSC.COM Jan 10 2020 04:38:00    GECRB/Lowes,    Attention: Bankruptcy Department,
             Po Box 103104,    Roswell, GA 30076-9104
515171839    EDI: IRS.COM Jan 10 2020 04:38:00    Internal Revenue Service,
             Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
515759703   +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2020 00:20:41    LVNV Funding LLC,
             c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587,
             LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
515759702    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2020 00:21:15    LVNV Funding LLC,
             c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
515343748    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2020 00:20:40
             LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515157529   +E-mail/Text: bk@lendingclub.com Jan 10 2020 00:10:43    Lending Club Corp,
             71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
515157530   +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 00:10:17    Office of the U.S. Trustee,
             District of New Jersey,    U.S. Department of Justice,    One Newark Center, Suite 2100,
             Newark, NJ 07102-5235
515362674    EDI: PRA.COM Jan 10 2020 04:38:00    Portfolio Recovery Associates, LLC,    c/o Best Buy,
             POB 41067,    Norfolk VA 23541
515362422    EDI: PRA.COM Jan 10 2020 04:38:00    Portfolio Recovery Associates, LLC,
             c/o Elan - Susquehanna Bank,    POB 41067,    Norfolk VA 23541

```
District/off: 0312-1          User: admin                 Page 2 of 2              Date Rcvd: Jan 09, 2020
                              Form ID: 3180W              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
515362264        EDI: PRA.COM Jan 10 2020 04:38:00       Portfolio Recovery Associates, LLC,   c/o Lowes,
                 POB 41067,   Norfolk VA 23541
515249451        EDI: Q3G.COM Jan 10 2020 04:38:00       Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
515157533       +EDI: BMW.COM Jan 10 2020 04:38:00       Up2drive,   Po Box 3608,   Dublin, OH 43016-0306
515157534       +EDI: WFFC.COM Jan 10 2020 04:38:00       WFFNB/Furniture Barn,
                 Wells Fargo Financial National Bank,   Po Box 10438,   Des Moines, IA 50306-0438
515255890        EDI: WFFC.COM Jan 10 2020 04:38:00       Wells Fargo Bank, N.A.,   PO Box 10438,
                 Des Moines, IA 50306-0438
516853459        EDI: ECAST.COM Jan 10 2020 04:38:00      eCAST Settlement Corporation,   PO Box 29262,
                 New York NY 10087-9262
515324669        EDI: ECAST.COM Jan 10 2020 04:38:00       eCAST Settlement Corporation, assignee,
                 of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                          TOTAL: 32
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515157528*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
515157527*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   Special Procedures Branch,
                 Bankruptcy Section,   PO Box 724,   Springfield, NJ 07081-0724)
515324670*     eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                 New York, NY 10087-9262
515324671*     eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                 New York, NY 10087-9262
515338272    ##+Susquehanna Bank,   PO Box 639,   Maugansville, MD 21767-0639
                                                                          TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
```
          Denise E. Carlon   on behalf of Creditor   HomeBridge Financial Services, Inc.
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joel R. Spivack   on behalf of Debtor Joseph  Christian joel@spivacklaw.com,
          admin@spivacklaw.com:r44331@notify.bestcase.com
          Joel R. Spivack   on behalf of Joint Debtor Karen  Christian joel@spivacklaw.com,
          admin@spivacklaw.com:r44331@notify.bestcase.com
          Joshua I. Goldman   on behalf of Creditor   HomeBridge Financial Services, Inc.
          jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   HomeBridge Financial Services, Inc.
          rsolarz@kmllawgroup.com
                                                                          TOTAL: 7
```